UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK
----------------------------------------------------------------X
DR. DEBORAH L. WORTHAM as Superintendent
of the Roosevelt Union Free School District, ROSE
GIETSCHIER, President of the Roosevelt Union Free
School District Board of Education, THE BOARD OF
EDUCATION OF THE ROOSEVELT UNION FREE
SCHOOL DISTRICT, ROOSEVELT UNION FREE
SCHOOL DISTRICT and STUDENTS 1-5 for
themselves and for itself on behalf of its students (John
and Jane 1-60 being student victims whose names are
withheld for privacy purposes), staff and community,

                Plaintiffs,

   -against-

WANTAGH UNION FREE SCHOOL DISTRICT,
LYNBROOK UNION FREE SCHOOL DISTRICT and
NASSAU COUNTY PUBLIC HIGH SCHOOL ATHLETIC
ASSOCIATION (SECTION VIII),

                Defendants.
----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Docket No.: 24-cv-3553

      **PLEASE TAKE NOTICE** that CRISTINA A. SOLLER, of MORRIS DUFFY ALONSO FALEY & PITCOFF, hereby appears for defendant, LYNBROOK UNION FREE SCHOOL DISTRICT, and requests that a copy of all notices and other papers herein be served upon the undersigned.

Dated:  New York, New York
         October 30, 2024           Yours, etc.,

                                      MORRIS DUFFY ALONSO FALEY & PITCOFF

                          By:    __*s/ Cristina A. Soller*_____
                                      CRISTIN A. SOLLER
                                      *Attorneys for Defendant*
                                      *Lynbrook Union Free School District*
                                      101 Greenwich Street, 22nd Floor
                                      New York, New York 10006
                                      Tel: (212) 766-1888

TO:     ALL COUNSEL OF RECORD (VIA ECF)