

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

February 13, 2025

**VIA ECF**
Hon. Joan M. Azrack
100 Federal Plaza
Central Islip, New York 11722

    Re:    <u>Wortham et al v. Wantagh Union Free School District, et al.
               (Civil No.: 24-cv-03553)</u>

Dear Judge Azrack:

    This office represents Defendant, Lynbrook Union Free School District ("Lynbrook"), in the above-referenced matter. At this time, as per Your Honor's Order, the parties have conferred and request the following briefing schedule for motions to dismiss:

1. Motions to dismiss to be filed by April 7, 2025;
2. Oppositions to be filed by May 28, 2025; and
3. Replies to be filed by June 13, 2025.

    Thank you for your time and attention to this matter.

                                                       Very truly yours,
                                                       /s/
                                                       CRISTINA A. SOLLER