# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

| | |
|---|---|
| Frederick K.Brewington | Of Counsel |
| Albert D. Manuel III | Oscar Holt III |
| Cobia M. Powell | Jay D. Umans |

July 25, 2025

<u>VIA ELECTRONIC CASE FILING</u>
Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza Rm 920
Central Islip, New York 11722

     **Re:** *Wortham et al v. Wantagh Union Free School District et al.*
       **Index No.:2:24-cv-03553-(JMA)(SIL)**

Dear Judge Azrack:

  As you are aware, we are the attorneys representing Plaintiffs, Wortham et al, in this matter. We write this letter with the consent all Defendants' Counsel to respectfully request a 45-day extension to serve our three (3) oppositions to Defendants Section VIII, Wantagh, and Lynbrook's respective Motions to Dismiss. The reason for this request is because Plaintiff's Office has and had several Summary Judgment motions, Post-Trial briefings, and Motion to Dismiss responses that are due this week. Due to the diligence and time necessary to address Defendants' three (3) motions and the aforementioned circumstances, we ask the Court to grant this extension. Plaintiff's responses are currently to be served on July 28, 2025 and Defendants' *Replys* are to be served and filed on August 13, 2025. We ask the Court allow Plaintiff's responses to be served on September 12, 2025 and Defendants' *Replys* are to be served and filed on October 27, 2025.

  We thank the Court for its kind consideration.

              Respectfully,
              *Cobia M. Powell*
              COBIA M. POWELL

CMP.
cc: All Attorneys (*via ECF*)